IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARQUETTE JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cv-1063-MEF |
| | ) | |
| SOUTHERN PAN SERVICES, | ) | (WO-DO NOT PUBLISH) |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the prior orders of the Court it is ORDERED and ADJUDGED as follows:

(1) Judgment is entered in favor of Defendant Southern Pan Services and against Plaintiff Marquette Jones.

(2) It is further ORDERED that costs are hereby TAXED against Plaintiff and in favor of Defendant, for which execution may issue.

(3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

Done this the 16th day of February, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE